UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

In Re: JACOB BANGALI

Case Number: 12-19219

## NOTICE OF WITHDRAWAL OF CLAIM 8

Real Time Resolutions, Inc. hereby withdraws claim number 8 filed on 9/26/2012 as the obligation has been deemed satisfied.

Dated: 1/21/15

By __C. Allman__
Cynthia Allman